UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 19-5644 (KMW) |
| v. | : | |
| RICHARD TOBIN | : | UNSEALING ORDER |

This matter having come before the Court on the application of the United States of America (Kristen M. Harberg, Assistant U.S. Attorney, appearing) for an unsealing order for the above-captioned Criminal Complaint, and for good cause shown,

It is this 13th day of November, 2019,

ORDERED that the Criminal Complaint and all other papers related to the above-captioned matter are hereby unsealed.

HONORABLE KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE