AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Richard Tobin | ) | Case No.   19-mj-5644 (KMW) |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.


Date:   11/13/2019

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Lisa E. Lewis
_____
*Printed name and bar number of defendant's attorney*


_____
*Address of defendant's attorney*


_____
*E-mail address of defendant's attorney*


_____
*Telephone number of defendant's attorney*


_____
*FAX number of defendant's attorney*