UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :

v.    :    Case Number: 19-mj-5644 (KMW)

RICHARD TOBIN    :    <u>CONTINUANCE ORDER</u>

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of Jersey, (Kristen M. Harberg, Assistant United States Attorney, appearing), and defendant Richard Tobin, (Lisa Evans Lewis, Esquire, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of approximately sixty (60) days to allow the defendant time to review pre-indictment discovery and consult with counsel, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Counsel for the United States will provide defense counsel with pre-indictment discovery and the defendant, through counsel, has consented to this Order, and that both the United States and the defendant desire additional time to allow the defendant to review discovery and consider a non-trial disposition, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by

granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS on this 13th day of November, 2019,

ORDERED that this action be, and hereby is, continued through and including January 13, 2020; and

IT IS FURTHER ORDERED that the period from the date of entry of this Order through **January 13, 2020** shall be excludable in computing time under the Speedy Trial Act of 1974.

THE HONORABLE KAREN M. WILLIAMS
United States Magistrate Judge

Kristen M. Harberg, AUSA

Lisa Evans Lewis, Esquire
Counsel for Defendant