UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** November 13, 2019

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**

**DOCKET NO.:** 19-MJ-5644-KMW

UNITED STATES OF AMERICA

VS.

RICHARD TOBIN

**DEFENDANT PRESENT**

**APPEARANCES:**

KRISTEN M. HARBERG, ESQ. – AUSA FOR GOVERNMENT
LISA EVANS LEWIS, ESQ. – AFPD FOR DEFENDANT

**OTHER:**

ADRIENNE SMITH– U.S. PRETRIAL OFFICER

**NATURE OF PROCEEDINGS:**   Initial Appearance on Complaint

Defendant advised of rights, charges and penalties.
Hearing on application by defendant for appointment of counsel.
Financial Affidavit executed and filed. Ordered application granted.
Ordered Lisa Evans Lewis, AFPD appointed for defendant.
Defendant waives formal reading of the Complaint.
Defendant waives preliminary hearing. Waiver executed.
Hearing on application by Government for detention.
Hearing on Defendant's application for Continuance to address bail.
Ordered Continuance granted. Bail Hearing set for 11/15, 2019.
Order of Continuance entered excluding time under the Speedy Trial Act from November 13, 2019 through January 13, 2020.
Ordered defendant remanded to the custody of the U.S. Marshal.
Orders to be entered.

*s/ Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED:          TIME ADJOURNED: :        TOTAL TIME:   11 Minutes