AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-MJ-5644-KMW |
| RICHARD TOBIN | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: U.S. District Court<br>4th & Cooper Streets<br>Camden, NJ 08101 | Courtroom No.: 5C |
|---|---|
| | Date and Time: 11/15/19 12:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 11/13/2019

*Judge's signature*

Honorable Karen M. Williams, U.S.M.J.
*Printed name and title*