# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** November 15, 2019

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**

**DOCKET NO.:** 19-MJ-5644-KMW

UNITED STATES OF AMERICA

VS.

RICHARD TOBIN

**DEFENDANT PRESENT**

**APPEARANCES:**

KRISTEN M. HARBERG, ESQ. – AUSA FOR GOVERNMENT
MAGGIE MOY, ESQ. – AFPD FOR DEFENDANT

**OTHER:**

GARY PETTIFORD – U.S. PRETRIAL OFFICER

**NATURE OF PROCEEDINGS:** Hearing on Defendant's Oral Motion for Bail

Defendant advised of rights.
Hearing on Defendant's oral application for continuance of bail hearing.
Ordered Defendant's application for continuance granted pending follow-up mental health evaluation.
Ordered defendant detained pending continued Detention Hearing.
Detention Hearing continued to December 2, 2019 at 2:00 p.m. in Courtroom 5C.
Detention Order to be entered.

*s/ Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED: 11:01     TIME ADJOURNED: 11:10     TOTAL TIME: 9 Minutes