# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                    **DATE:** December 6, 2019

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**                                    **DOCKET NO. 19-MJ-5644 (KMW)**
UNITED STATES OF AMERICA
 v.
RICHARD TOBIN

### DEFENDANT PRESENT

**APPEARANCES:**
Kristen M. Harberg, AUSA for Government
Lisa Lewis AFPD for Defendant
Gary Pettiford, U.S. Pretrial Services

**NATURE OF PROCEEDINGS:**   Bail Hearing
Hearing on Defendant's application for bail following mental health evaluation.
Ordered application denied.
Order of Detention to be entered.

                                        *s/Dave Bruey*
                                        **DEPUTY CLERK**

**TIME COMMENCED:** 2:53 p.m.     **TIME ADJOURNED:** 4:16 p.m.
**TOTAL TIME:** 1 hour and 23 minutes