# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                **DATE:** April 15, 2020

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**                                **DOCKET NO.:** 19-MJ-5644-KMW

UNITED STATES OF AMERICA

VS.

RICHARD TOBIN

**DEFENDANT PRESENT**

**APPEARANCES:**

KRISTEN M. HARBERG, ESQ. – AUSA FOR GOVERNMENT
LISA EVANS LEWIS, ESQ. – AFPD FOR DEFENDANT

**OTHER:**

GARY PETTIFORD – U.S. PRETRIAL OFFICER

**NATURE OF PROCEEDINGS:**   Hearing on Defendant's Motion for Reconsideration for Bail via Remote Access

Defendant advised of rights.
Hearing on Defendant's motion for reconsideration for bail [Doc. No. 27].
Hearing on Government's application to require Defendant to file motion and all supporting exhibits under seal.  Ordered application granted and motion papers SEALED without further application.
Ordered Rose Marie Tobin sworn for defendant as potential third-party custodian.
Rose Marie Tobin sworn for defendant.
Ordered Robert Tobin sworn for defendant as potential third-party custodian.
Robert Tobin sworn for defendant.
Ordered Edward Giambrone sworn for defendant as potential third-party custodian
Edward Giambrone sworn for defendant.
Ordered bail set in amount of $100,000 unsecured co-signed by third-party custodian, Robert Tobin, with conditions, including third-party custodians Rose Marie Tobin and Edward Giambrone.
Ordered defendant released after processing.
Orders of Release to be entered.

                              *s/ Nicole Ramos*
                              **DEPUTY CLERK**

TIME COMMENCED:   9:59        TIME ADJOURNED:   10:49        TOTAL TIME:   50 Minutes