# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN    **DATE:** July 21, 2020

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**    **DOCKET NO.:** 19-MJ-5644-KMW

UNITED STATES OF AMERICA

VS.

RICHARD TOBIN

**DEFENDANT PRESENT**

**APPEARANCES:**

KRISTEN M. HARBERG, ESQ. – AUSA FOR GOVERNMENT
LISA EVANS LEWIS, ESQ. – AFPD FOR DEFENDANT

**OTHER:**

GARY PETTIFORD – U.S. PRETRIAL OFFICER

**NATURE OF PROCEEDINGS:**   Hearing on Defendant's Application for Modification of Third-Party Custodian by Videoconference

Defendant advised of rights.
Defendant consents to having this hearing by Videoconference. Order to be entered.
Hearing on Defendant's application for change of residence/third-party custodian.
Ordered defendant's application granted.
Ordered defendant's prior bail conditions shall continue with modification of third-party custodian to Betty Riggs, and permitting defendant to leave home for volunteer work and exercise with prior approval from U.S. Pretrial Services.
Hearing on application of Defendant for permission to use a phone without internet access.
Ordered application is granted with discretion of U.S. Pretrial to determine appropriate device.
Amended Order of Release to be entered.

*s/ Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED:  11:03    TIME ADJOURNED:  11:21    TOTAL TIME:  17 Minutes