UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 19-5644 (KMW) |
| v. | : | |
| RICHARD TOBIN | : | |
| | | CONSENT ORDER MODIFYING CONDITIONS OF RELEASE |

This matter having come before the Court on the application of defendant Richard Tobin (Lisa Evans Lewis, AFPD, appearing) and the United States of America, Craig Carpenito, United States Attorney (Kristen M. Harberg, Assistant U.S. Attorney appearing) having no objection for an Order modifying the conditions of release placing him on a 7:00 pm to 7:00 am curfew with location monitoring, unless otherwise approved by Pretrial Services. All other terms and conditions of release set forth in this Court's April 15, 2020 Order Setting Conditions of Release shall remain in full force and effect; and for good cause shown,

IT IS THE FINDING OF THE COURT THAT:

1. The reasons for the modification is found in the Defendant's letter of January 7, 2021.

2. The United States Attorney's Office consents to the proposed modification.

3. The Court finds that allowing the defendant to be placed on 7:00 pm to 7:00 am curfew with location monitoring, unless otherwise approved by Pretrial Services while meeting all other conditions of release will serve to protect the community and assure defendant's appearance at all court proceedings.

**IT IS, therefore, on this** __7th__ **day of January 2021**,

ORDERED that the defendant's conditions of release entered on April 15, 2020 be modified to allow him to be place on a 7:00 pm to 7:00 am curfew with location monitoring, unless otherwise approved by Pretrial Services and it is

FURTHER ORDERED that all other terms and conditions of release remain in full force and effect.

_____
HONORABLE KAREN M. WILLIAMS
United States Magistrate Court Judge